Thursday, August 17, 2017 - Albany, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:       M. Price
Steno:       T. Casal

UNITED STATES OF AMERICA

    VS.                                        CRIMINAL NO.   1: 15-CR-346

MILES McCHESNEY


APPEARANCES:   AUSA Robert Sharpe for Govt;   AFPD Timothy Austin for Deft; USPO Stephanie Myers present


11:30 AM    In court; final supervised release violation hearing commences with defendant present in open court w/ counsel.  Defendant admits to violations 2 thru 7 of amended SRV [17] petition and sentenced to be committed to the custody of BOP for a term of imprisonment of 18 months; Court makes findings upon the record re: upward sentencing departure.  No term of Supervised Release to follow release.  Parties advised appeal rights.  Remaining violation 1 dismissed upon Govt motion.  Defendant remanded to USM.

12:00 PM    Court stands adjourned.